AJTSA,CLOSED,HABEAS,PRO SE

## U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00718–AJT–WEF

White v. Unknown  
Assigned to: District Judge Anthony J Trenga  
Referred to: Magistrate Judge William E. Fitzpatrick  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/22/2022  
Date Terminated: 08/23/2022  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Oadis William White, III**  
*Wallens Ridge State Prison, P.O. Box 759, Big Stone Gap, VA 24219*

represented by **Oadis William White, III**  
1445410  
DOC Inmate Mailing Address  
VA DOC Centralized Mail Distribution Center  
3521 Woods Way  
State Farm, VA 23160  
PRO SE

V.

**Respondent**

**Unknown**

represented by **Mason D. Williams**  
Office of the Attorney General (Richmond)  
202 North 9th Street  
Richmond, VA 23219  
804–786–2071  
Fax: 804–371–0151  
Email: mwilliams@oag.state.va.us  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2022 | 1 | PETITION for Writ of Habeas Corpus filed by Oadis William White, III. (Attachments: # 1 Prisoner Data Report)(jlan) (Entered: 06/28/2022) |
| 06/22/2022 | 2 | MOTION for Sentence Reduction Under 18 USC 3582(c)(1)(A) by Oadis William White, III. (jlan) (Entered: 06/28/2022) |
| 06/22/2022 | 3 | MOTION to Appoint Counsel by Oadis William White, III. (jlan) (Entered: 06/28/2022) |
| 06/28/2022 | 4 | Filing fee: $ 5.00, receipt number 14683095659. (nlop) (Entered: 06/29/2022) |
| 07/06/2022 | 5 | NOTICE of Appearance by Mason D. Williams on behalf of Unknown (Williams, Mason) (Entered: 07/06/2022) |
| 07/14/2022 | 6 | ORDERED that the petition be and is conditionally filed pending compliance with the requirements of this Order. ORDERED that White particularize and amend his petition within thirty (30) days of the date of this Order by thoroughly completing the attached form for filing a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, which he must sign. (see order for further details). Signed by District Judge Anthony J Trenga on 07/14/2022. (nlop, c/m to petitioner) Modified on |

| | | |
|---|---|---|
| | | 7/28/2022 (kgall) (Entered: 07/14/2022) |
| 07/28/2022 | 7 | AMENDED PETITION for Writ of Habeas Corpus, filed by Oadis William White, III. (Attachments: # 1 Envelope)(kgall) (Entered: 07/28/2022) |
| 08/23/2022 | 8 | ORDERED that this action is TRANSFERRED to the United States District Court for the Western District of Virginia. Signed by District Judge Anthony J Trenga on 08/23/2022. (nlop, ) (Entered: 08/24/2022) |
| 08/23/2022 | | Case transferred to District of Western District of Virginia. (nlop, ) (Entered: 08/24/2022) |